|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| In Re: Mildred Sanchez | Case No.: 17-25693 <br> Adversary No.: <br> Chapter: 13 <br> Judge: ABA |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Conor Venue
(Example: John Smith, creditor)

Old address: incomplete address

New address: P.O. Box 23870
Jacksonville, FL  32241-3870

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 11/8/22            /s/ Mark W. Ford, Esquire
                         Signature

*rev.8/1/2021*