| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: Mildred Sanchez | Case No.: | 17-25693 |
| | Adversary No.: | |
| | Chapter: | 13 |
| | Judge: | ABA |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Department of Education
(Example: John Smith, creditor)

Old address: incomplete address

New address: 2401 International Lane
Madison, WI 53740

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 11/8/22

/s/ Mark W. Ford, Esquire
Signature

*rev.8/1/2021*